1  David Lynn, Esq.  (SBN 73718)
   LAW OFFICES OF DAVID LYNN, A.P.C.
2  11500 West Olympic Blvd., Ste 400
   Los Angeles, CA 90064
3  Telephone    :   (310) 312-4513
   Facsimile    :   (310) 477-7808
4
   **Attorney For**
5  **Plaintiffs**

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ROCIO AGUILAR ET AL., | CASE NO. CIV-F-02-6527 REC LJO (Consolidated Case No. ) |
| Plaintiffs | |
| V. | **ORDER SHORTENING TIME** |
| NATIONAL RAILROAD PASSENGER CORPORATION ("AMTRAK") ET AL., | FOR HEARING ON MOTION OF  FOR SUBSTITUTION OF ATTORNEY FOR PLAINTIFFS (a)  CARLOS MUNOZ FOR MARIA RAMIREZ AND BENITO VALDIVIA, |
| Defendants. | |
| CLAUDIA MUNOZ ET AL. | (b)  MARIA TORRES FOR HERSELF AND AS GUARDIAN AD LITEM FOR MARTIN ZENDEJAS AND ALMA TORRES AND |
| Plaintiffs, | |
| V. | (c)  MARIA ALARCORN FOR HERSELF AND AS GUARDIAN AD LITEM FOR MARCO GONZALEZ AND JUAN GONZALEZ SUBSTITUTING ATTORNEY FOR PLAINTIFFS |
| NATIONAL RAILROAD PASSENGER CORPORATION ("AMTRAK") ET AL., | |
| Defendants. | |
| ROSA ROMERO ET AL. | DATE    :May 26, 2005<br>TIME     :8:30 a.m.<br>PLACE  :Dept. 6 (LJO) |
| Plaintiffs | |
| V. | |
| NATIONAL RAILROAD PASSENGER CORPORATION ("AMTRAK") ET AL. | |

## ORDER SHORTENING TIME

Upon application made and for Good Cause shown therefore,

IT IS HEREBY ORDERED that the Motion of Plaintiffs (a) Carlos Munoz for Maria Ramirez and Benito Valdivia, (b) Maria Torres for herself and as Guardian Ad Litem for Martin Zendejas and Alma Torres and (c) Maria Alcarcorn for herself and as Guardian Ad Litem for Marco Gonzalez and Juan Gonzalez for a Order Substituting Attorney, heretofore set for June 3, 2005, at 8:30a.m. in Dept. 6 (LJO) be and is advanced to May 26, 2005 at 8:30 a.m. in Dept. 6 (LJO). Opposition papers shall be filed and served no later than May 20, 2005. Reply papers are unnecessary.

If this matter proceeds to hearing, this Court encourages the parties to appear at the May 26, 2005 hearing by arranging a one-line conference call and adding the Court at (559) 498-7322.

IT IS SO ORDERED.

**Dated:   May 9, 2005**               **/s/ Lawrence J. O'Neill**
66h44d                               UNITED STATES MAGISTRATE JUDGE