1  B. CLYDE HUTCHINSON, State Bar No. 037526
   ERIN EILEEN FRY, State Bar No. 220959
2  LOMBARDI, LOPER & CONANT, LLP
   Lake Merritt Plaza
3  1999 Harrison Street, Suite 2600
   Oakland, CA 94612
4  Telephone: (510) 433-2600
   Facsimile: (510) 433-2699
5
   Attorneys for Defendants
6  NATIONAL RAILROAD PASSENGER CORPORATION,
   THE BURLINGTON NORTHERN AND SANTA FE RAILWAY COMPANY,
7  WALTER WARD and W.M. DIKE

FILED
2005 MAY 13 P 12: 11
CLERK, US DIST. COURT
EASTERN DIST. OF CALIF
AT FRESNO
BY_____
  DEPUTY

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA, FRESNO DIVISION

| | |
|---|---|
| ROCIO ADAME ARAUJO DE AGUILAR, as heir to BENIGNO ANDES AGUILAR, and Wife to Deceased BENIGNO ANDRES AGUILAR, et al., <br><br> Plaintiffs, <br><br> v. <br><br> NATIONAL RAILROAD PASSENGER CORPORATION ("AMTRAK"), a U.S. statutory corporation, and BURLINGTON NORTHERN SANTA FE CORPORATION, a corporation, <br><br> Defendants. | No. CIV-F-02-6527 REC LJO <br><br> ~~PROPOSED~~ STIPULATION AND ORDER EXTENDING EXPERT WITNESS DISCLOSURE |
| MARIA RAMIREZ and BENITO VALDIVIA as Dependents of Jose Mario Munoz; MARIA TORRES as Heir and Wife of Jesus Romero-Rubio; MARIA D. ALACORN Dependent of Deceased Mario Andres Aguilar, <br><br> Plaintiffs, <br><br> v. <br><br> NATIONAL RAILROAD PASSENGER CORPORATION ("Amtrak"); a U.S. statutory corporation, BURLINGTON NORTHERN SANTA FE RAILWAY CO. a corporation, and PALOMA FARM SERVICES, a dba for Rudolf | |

LOMBARDI, LOPER
& CONANT, LLP
Lake Merritt Plaza
1999 Harrison Street
Suite 2600
Oakland, CA 94612-3541
TEL: 510/433-2600
FAX: 510/433-2699

- 1 -

Case No. C00-21123 RS

13249-31773 EEF 500582.1   PROPOSED STIPULATION AND ORDER EXTENDING EXPERT
                           WITNESS DISCLOSURE

| | |
|---|---|
| 1 | C. Paloma and Mark A. Paloma, individuals, ) |
| 2 | Defendants. ) |
| 3 | ) |
| 4 | ) |
| 5 | ) |
| 6 | ROSA ROMERO, MATEO ROMERO, EDITH ) RODRIGUEZ-HERNANDEZ, ELOY SUAREZ-) RODRIGUEZ, by and through his Guardian Ad ) |
| 7 | Litem, Jesus Suarez, EZEQUIEL SUAREZ- ) RODRIGUEZ, by and through his Guardian Ad ) |
| 8 | Litem, Jesus Suarez, DIANA SUAREZ- ) RODRIGUEZ, by and through her Guardian Ad ) |
| 9 | Litem, Jesus Suarez, ) |
| 10 | Plaintiffs, ) |
| 11 | v. ) |
| 12 | NATIONAL RAILROAD PASSENGER ) CORP., dba "Amtrak"; BURLINGTON ) |
| 13 | NORTHERN SANTA FE CORP.; SANTA FE ) FARM SERVICES, Business Form Unknown; ) |
| 14 | WALTER WARD; W.M. DIKE, SHAFTER- ) WASCO GINNING., CO., POPLAR FARMS, ) |
| 15 | and Does 1 to 100, inclusive, ) |
| 16 | Defendants. ) |
| 17 | ) |
| 18 | ROCIO ADAME ALFARO, individually and as ) successor in interest to the estate of Benigo ) |
| 19 | Aguilar, LIZBETH AGUILAR ADAME, a ) minor, by and through her guardian ad litem, ) |
| 20 | Rocio Adame Alfaro, CLAUDIA MUNOZ, ) individually and as successor in interest to the ) |
| 21 | estate of Mario Munoz, LUIS MARIO MUNOZ, ) a minor, by and through his guardian ad litem, ) |
| 22 | Claudia Munoz, ISAIS SARABIA, individually ) and as successor in interest to the estate of ) |
| 23 | Hector Sarabia, PAOLA DIAZ SARABIA, ) individually and as successor in interest to the ) |
| 24 | estate of Juan Jimenez, JUAN JIMENEZ, a ) minor by and through his guardian ad litem Paola) |
| 25 | Diaz Sarabia, MARIA GUADALUPE JIMENEZ ) DIAZ, a minor by and through her guardian ad ) |
| 26 | litem Paola Diaz Sarabia, PEDRO JIMENEZ ) DIAZ, a minor by and through his guardian ad ) |
| 27 | litem Paola Diaz Sarabia, ROCIO JIMENEZ ) DIAZ, a minor by and through her guardian ad ) |
| 28 | litem Paola Diaz Sarabia, VALERIA ITZEL ) |

LOMBARDI, LOPER
& CONANT, LLP
Lake Merritt Plaza
1999 Harrison Street
Suite 2600
Oakland, CA 94612-3541
TEL: 510/433-2600
FAX: 510/433-2699

- 2 -

Case No. C00-21123 RS

13249-31773 EEF 500582.1   PROPOSED STIPULATION AND ORDER EXTENDING EXPERT
WITNESS DISCLOSURE

| | |
|---|---|
| 1 | JIMENEZ DIAZ, a minor by and through her guardian ad litem Paola Diaz Sarabia, ) |
| 2 | ) |
| 3 | Plaintiffs, ) |
| 4 | v. ) |
| 5 | NATIONAL RAILROAD PASSENGER CORPORATION ("Amtrak"), a U.S. Statutory Corporation; WALTER WARD; W.M. DIKE; BURLINGTON NORTHERN SANTA FE CORPORATION; COUNTY OF KERN; POPLAR FARMS, INC., SHAFTER-WASCO GINNING CO., INC., and DOES 1 to 100, inclusive, ) |
| 9 | Defendants. ) |
| 10 | ESTER AGUILAR, individually and as successor in interest to the estates of Mario Aguilar and Benigo Aguilar, and Concepcion Tolentino Marcelio, individually, ) |
| 13 | Plaintiffs, ) |
| 14 | v. ) |
| 15 | NATIONAL RAILROAD PASSENGER CORPORATION ("Amtrak"), a U.S. Statutory Corporation; WALTER WARD; W.M. DIKE; BURLINGTON NORTHERN SANTA FE CORPORATION; COUNTY OF KERN, POPLAR FARMS, INC., SHAFTER-WASCO GINNING CO., INC., and DOES 1 to 100, inclusive, ) |
| 19 | Defendants. ) |

The parties, through their counsel of record, enter into this stipulation to extend expert witness disclosure.

A trial is set for November 1, 2005. Expert discovery is to be concluded by July 15, 2005. Non-expert discovery deadline is June 10, 2005. Mediation is currently set for June 8, 2005. However, there remains a significant amount of discovery outstanding which is important for the bases of expert opinion. Therefore, the parties hereby agree to extend expert witness disclosure to June 13, 2005 and supplemental expert disclosure to June 20, 2005. The parties further agree that this will in no way affect the trial date.

//

- 3 -   Case No. C00-21123 RS

13249-31773 BEF 500582.1   PROPOSED STIPULATION AND ORDER EXTENDING EXPERT WITNESS DISCLOSURE

LOMBARDI, LOPER & CONANT, LLP
Lake Merritt Plaza
1999 Harrison Street
Suite 2600
Oakland, CA 94612-3541
TEL: 510/433-2600
FAX: 510/433-2699

| | | |
|---|---|---|
| 1 | DATED: May 5, 2005 | LOMBARDI, LOPER & CONANT, LLP |
| 3 | | By: _____//s//  B. Clyde Hutchinson_____ |
| 4 | | B. Clyde Hutchinson<br>Attorneys for National Railroad Passenger |
| 5 | | Corporation, Union Pacific Railroad Company, Mr.<br>Ward and Mr. Dike |
| 7 | DATED: May 5, 2005 | LAW OFFICES OF BRIAN A. OSBORNE |
| 9 | | By: _____//s//  Brian A. Osborne_____ |
| 10 | | Brian A. Osborne<br>Attorneys Plaintiffs Rosa Romero, et al. |
| 12 | DATED: May 5, 2005 | MINEHAN, MCFAUL & MCLINN, LLP |
| 14 | | By: _____//s//  Thomas P. Minehan_____ |
| 15 | | Thomas P. Minehan<br>Attorneys for Defendant Shafter-Wasco Ginning |
| 16 | | Company, Inc. |
| 17 | DATED: May 7, 2005 | RICHARD FINE & ASSOCIATES |
| 20 | | By: _____//s//  Richard I. Fine_____ |
| | | Richard I. Fine<br>Attorneys for Plaintiffs Claudia Munoz, et al. |
| 22 | DATED: May 5, 2005 | GATTUSO, KUMMER & WORTHING |
| 25 | | By: _____//s//  Dixon G. Kummer_____ |
| | | Dixon G. Kummer<br>Attorneys for Defendants Paloma Farm Services and |
| 26 | | Mark A. Paloma |

LOMBARDI, LOPER & CONANT, LLP<br>Lake Merritt Plaza<br>1999 Harrison Street<br>Suite 2600<br>Oakland, CA 94612-3541<br>TEL: 510/433-2600<br>FAX: 510/433-2699

13249-31773 EEF 500582.1

- 4 -          Case No. C00-21123 RS

**PROPOSED STIPULATION AND ORDER EXTENDING EXPERT WITNESS DISCLOSURE**

| | | |
|---|---|---|
| 1 | DATED: May 6, 2005 | COUNTY COUNSEL, COUNTY OF KERN |
| 2 | | |
| 3 | | By: //s// Jennifer L. Thurston |
| 4 | | Jennifer L. Thurston<br>Attorneys Defendants County of Kern |
| 5 | | |
| 6 | DATED: May 5, 2005 | LAW OFFICES OF LUIS A. CARRILLO |
| 7 | | |
| 8 | | By: //s// Luis A. Carrillo |
| 9 | | Luis A. Carrillo<br>Attorneys Plaintiffs Ester Aguilar and Concepcion Tolentino |
| 10 | | |
| 11 | DATED: May 5, 2005 | MORENO, BECERRA, GUERRERO & CASILLAS |
| 12 | | |
| 13 | | By: //s// Arnoldo Casillas for |
| 14 | | Gregory W. Moreno<br>Attorneys for Plaintiffs Rocio Adame Alfaro, et al. |
| 15 | | |
| 16 | DATED: May 11, 2005 | MCNULTY LAW FIRM |
| 17 | | |
| 18 | | By: //s// Daniel S. Glaser for |
| 19 | | Peter J. McNulty<br>Attorneys for Suarez Family |
| 20 | | |
| 21 | DATED: May 9, 2005 | LAW OFFICES OF DAVID LYNN, A.P.C. |
| 22 | | |
| 23 | | By: //s// David Lynn |
| 24 | | David Lynn<br>Attorneys for Plaintiff Maria Ramirez, Maria Torress (for herself and her children), Maria Alarcon (for herself and her children) and Benito Valdivia, [all pending substitution] |

LOMBARDI, LOPER
& CONANT, LLP
Lake Merritt Plaza
1999 Harrison Street
Suite 2600
Oakland, CA 94612-3541
TEL: 510/433-2600
FAX: 510/433-2699

- 5 -   Case No. C00-21123 RS

13249-31773 EEF 500582.1   PROPOSED STIPULATION AND ORDER EXTENDING EXPERT WITNESS DISCLOSURE

Based on the above stipulation the Court hereby orders that the expert witness disclosure is due June 13, 2005.

IT IS SO ORDERED

DATED: May 13, 2005

By: _____
Judge
HONORABLE LAWRENCE J. O'NEILL
U.S. MAGISTRATE JUDGE