1
2
3
4
5
6

# IN THE UNITED STATES DISTRICT COURT

## FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ROCIO ADAME ARAUJO DE AGUILAR, et al. | CASE NO. CV-F-02-6527 REC LJO **(Consolidated cases)** |
| Plaintiffs | **ORDER CONTINUING APPLICATION FOR AN ORDER SHOW CAUSE** (Doc 105) |
| vs. | |
| NATIONAL RAILROAD PASSENGER CORPORATION, et al., | |
| Defendants. | |
| ROCIO ADAME ALFARO, et al., | CASE NO. CV F 03-5632 REC LJO |
| Plaintiffs, | |
| vs. | |
| NATIONAL RAILROAD PASSENGER CORPORATION, et al., | |
| Defendants. | |
| ESTER AGUILAR, et al., | CASE NO. CV F 03-5633 REC LJO |
| Plaintiffs, | |
| vs. | |
| NATIONAL RAILROAD PASSENGER CORPORATION, et al., | |
| Defendants. | |

1

| | | |
|---|---|---|
| 1 | CLAUDIA MUNOZ, et al, | CASE NO. CV-F 02-6559 REC LJO |
| 2 | Plaintiffs, | |
| 3 | vs. | |
| 4 | NATIONAL RAILROAD PASSENGER CORPORATION, et al., | |
| 5 | | |
| 6 | Defendants. _____/ | |
| 7 | ROSA ROMERO, et al., | CASE NO. CV-F- 03-5271 REC LJO |
| 8 | Plaintiffs, | |
| 9 | vs. | |
| 10 | NATIONAL RAILROAD PASSENGER CORPORATION, et al., | |
| 11 | | |
| 12 | Defendants. _____/ | |

In this railroad crossing collision action, several plaintiffs seek an order to show cause re contempt for failure of attorney Richard Fine ("Mr. Fine") to comply with this Court's June 1, 2005 order. This Court issued an order on June 1, 2005 granting a motion to compel attorney David Lynn's substitution in place of Mr. Fine as counsel for plaintiffs Valdivia, Ramirez, Alacorn, Torres and their respective minor children; and ordered Mr. Fine, no later than June 2, 2005, to provide to Mr. Lynn or Mr. Lynn's designee all original documents regarding this consolidated action. By notice on June 13, 2005, Mr. Lynn filed an application indicating that Mr. Fine has failed to comply with this Court's order directing him to turn over all original documents in this consolidated case.

On June 16, 2005, this Court received a letter "receipt" from Mr. Fine indicating that he turned over documents. The receipt also indicates that other persons have the documents. Based upon this representation, the Court will not consider the ex parte application for twenty (20) days, during which time Mr. Lynn should confirm whether he has received all of the portions of the file he believes he is

/////
/////
/////
/////

2

1  entitled to receive from Mr. Fine.  If Mr. Lynn then desires to proceed with his application against Mr.
2  Fine, Mr. Lynn should file a list indicating the matters in the file he believes he has not received, and
3  to which he would be entitled, from Mr. Fine.
4        The clerk of the Court is directed to serve a copy of this Order on attorney Richard Fine.
5  IT IS SO ORDERED.
6  **Dated:   June 17, 2005**              /s/ Lawrence J. O'Neill
   b9ed48                                  UNITED STATES MAGISTRATE JUDGE