**IN THE UNITED STATES DISTRICT COURT**

**FOR THE EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| ROCIO ADAME ARAUJO DE AGUILAR, et al. | CASE NO. CV-F-02-6527 REC LJO<br>**(Consolidated cases)**<br>**ORDER DENYING APPLICATION**<br>**FOR AN ORDER SHOW CAUSE** (Doc 105) |
| Plaintiffs | |
| vs. | |
| NATIONAL RAILROAD PASSENGER CORPORATION, et al., | |
| Defendants. | |
| ROCIO ADAME ALFARO, et al., | CASE NO. CV F 03-5632 REC LJO |
| Plaintiffs, | |
| vs. | |
| NATIONAL RAILROAD PASSENGER CORPORATION, et al., | |
| Defendants. | |
| ESTER AGUILAR, et al., | CASE NO. CV F 03-5633 REC LJO |
| Plaintiffs, | |
| vs. | |
| NATIONAL RAILROAD PASSENGER CORPORATION, et al., | |
| Defendants. | |

1

Case 1:02-cv-06527-LJO-GSA    Document 111    Filed 07/14/05    Page 2 of 2

| | | |
|---|---|---|
| 1 | CLAUDIA MUNOZ, et al, | CASE NO. CV-F 02-6559 REC LJO |
| 2 | Plaintiffs, | |
| 3 | vs. | |
| 4 | NATIONAL RAILROAD PASSENGER CORPORATION, et al., | |
| 5 | | |
| 6 | Defendants. _____/ | |
| 7 | ROSA ROMERO, et al., | CASE NO. CV-F- 03-5271 REC LJO |
| 8 | Plaintiffs, | |
| 9 | vs. | |
| 10 | NATIONAL RAILROAD PASSENGER CORPORATION, et al., | |
| 11 | | |
| 12 | Defendants. _____/ | |

In this railroad crossing collision action, several plaintiffs seek an order to show cause re contempt for failure of attorney Richard Fine ("Mr. Fine") to comply with this Court's June 1, 2005 order. On June 20, 2005, this Court continued the consideration of the application for an order to show cause for twenty days based upon representations that Mr. Fine complied with the Court's order. In the Court's order, plaintiffs were instructed that if the plaintiffs desired to proceed with the application against Mr. Fine, they should file a list indicating the matters in the file they have not received from Mr. Fine, and to which they would be entitled. Plaintiffs have not filed any notice or list indicating that materials remain with Mr. Fine which have not been turned over to them. Accordingly, the application for an order to show cause re contempt against Mr. Fine is DENIED.

IT IS SO ORDERED.

**Dated:   July 13, 2005**            /s/ Lawrence J. O'Neill
b9ed48                                 UNITED STATES MAGISTRATE JUDGE