IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ROCIO ADAME ARAUJO DE AGUILAR, et al.,<br><br>　　　　　Plaintiff,<br><br>　　vs.<br><br>NATIONAL RAILROAD PASSENGER CORPORATION, et al.,<br><br>　　　　　Defendant. | No. CV-F-02-6527 REC/LJO<br><br>ORDER CONTINUING ORAL ARGUMENT ON MOTIONS FOR SUMMARY JUDGMENT |

　　　Upon due consideration of plaintiffs' request for continuance of the hearing date of motions for summary judgment and defendants' respective oppositions thereto, the court will continue the hearing date of the motions for summary judgment.

　　　Therefore, oral argument on the County of Kern's motion for summary judgment is continued from August 1, 2005 to Monday, September 19, 2005 at 1:30 p.m.  Oral argument on Shafter-Wasco Ginning Company's motion for summary judgment is continued from August 15, 2005 to Monday, September 19, 2005 at 1:30 p.m.

1

Plaintiffs' oppositions shall be filed by Monday, August 29, 2005.[1]  Defendants' replies, if any, shall be filed by Monday, September 12, 2005.

Counsel for the County of Kern asserts that continuance of its motion for summary judgment may cause it to incur deposition expenses that would not have been necessary if the motion had been heard on the noticed date and resolved in favor of the County of Kern.  The County requests that, should such deposition expenses have to be incurred because of the continuance, those expenses be paid by counsel for the opposing plaintiffs.  The court expects that the parties will meet and confer to continue the dates for the depositions until after the hearing on the motions for summary judgment.  However, because the court cannot guarantee when rulings on the motions will issue and because trial is set to commence on November 1, 2005, if these depositions must proceed in order to be prepared for trial, the expenses of these depositions shall be paid by plaintiffs attorneys.

IT IS SO ORDERED.

**Dated:  July 27, 2005**                          **/s/ Robert E. Coyle**
668554                                    UNITED STATES DISTRICT JUDGE

---

[1] Plaintiffs are advised that failure to timely comply with this order will result in the granting of the respective motion for summary judgment to which the opposition was due.  No further continuances of the hearing date will be granted except on request of the moving party.

2