```
1  GREGORY W. MORENO, ESQ., SBN 57844
   ARNOLDO CASILLAS, ESQ. SBN 158519
2  MORENO, BECERRA, GUERRERO & CASILLAS
   3500 W. Beverly Boulevard
3  Montebello, CA 90640-1541
   (323) 725-0917
4  (323) 725-0350

5  Attorneys for Plaintiff,
   ROCIO ADAME ALFARO, ET AL.
6
```

**UNITED STATES DISTRICT COURT**

**EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| Rocio Adame Alfaro, individually, et al., | **CASE NO: CV F 02-6527 REC LJO** |
| Plaintiffs | |
| v. | **STIPULATION OF THE PARTIES RE CONTINUANCE OF PRETRIAL CONFERENCE AND TRIAL DATE** |
| National Railroad Passenger Corporation ("Amtrak"), a U.S. Statutory Corporation; Walter Ward; W.M. Dike; Burlington Northern Santa Fe Corporation; County of Kern; City of Shafter; City of Bakersfield and DOES 1 Through 100, Inclusive, | |
| Defendants. | |

COME NOW THE PARTIES in the above entitled matter and hereby submit the following:

1. That the hearing on Defendant COUNTY OF KERN's and Defendant SHAFTER-WASCO GINNING CO., INC.'s Motions for Summary Judgment is currently set for September 19, 2005, at 1:30 p.m.;

///

1    2.   That the Pre-trial Conference in the above-entitled
2         matter is set for September 15, 2005, at 8:15 a.m. and
3         that the Trial date is currently set for November 1,
4         2005, at 10:00 a.m.;
5    3.   That based on Local Court Rules the Plaintiffs' Pre-
6         Trial Statement would be due on Thursday, September 1,
7         2005, and Defendants' Pre-Trial Statement would be due
8         on September 8, 2005;
9    4.   That the outcome of the Motions for Summary Judgement
10        will greatly affect the trial preparation of the
11        parties and those matters for discussion at the Pre-
12        Trial Conference;
13   5.   That because the Court will not have ruled on the
14        motions at the time of the Pre-Trial Conference, the
15        parties agree to continue the Pre-Trial Conference and
16        Trial date so as to allow the hearings on the Motions
17        for Summary Judgement to go forward, the Court to rule
18        on the Motions, for the parties to have sufficient
19        trial preparation time including expert depositions,
20        mediation, etc.
21   6.   That the parties propose the Pre-Trial Conference be
22        continued to January 24, 2006, at 8:15 a.m. and the
23        Trial date be continued to March 21, 2006, at 10:00
24        a.m. in Courtroom 1 of the United States Federal Court
25        in Fresno, California.
26   ////
27   ////
28   ////

1      7.   Said continuance will not reopen factual discovery,
2           unless by way of separate application to the Court, but
3           will allow discovery that was properly served and/or
4           noticed within the discovery cut-off period and expert
5           discovery as necessary.
6      It is so stipulated.
7  Dated:  August 29, 2005    MORENO, BECERRA, GUERRERO & CASILLAS
8                             By:   /S/GREGORY W. MORENO
                                    GREGORY W. MORENO
9                                   Attorneys for Plaintiffs
10 Dated:  August 29, 2005    LAW OFFICES OF LUIS A. CARRILLO
11
                              By:   /S/ LUIS CARRILLO
12                                  LUIS A. CARRILLO
                                    Attorneys for Plaintiffs
13
   Dated: August 31, 2005     LOMBARDI, LOPER & CONANT, LLP
14
15                            By:   /S/ ERIN EILEEN FRYE
                                    B. CLYDE HUTCHINSON
16                                  ERIN E. FRYE
                                    Attorneys for Defendants
17                                  NATIONAL RAILROAD PASSENGER CORPORATION,
                                    THE BURLINGTON NORTHERN and SANTA FE
18                                  RAILWAY COMPANY, WALTER WARD and W.M.
                                    DIKE
19
   Dated: August 31, 2005     B.C. BARMANN, SR. COUNTY COUNSEL
20
21                            By:   /S/ MARK L. NATIONS
                                    MARK L. NATIONS
22                                  Attorneys for Defendant
                                    COUNTY OF KERN
23
   Dated: August 29, 2005     LAW OFFICES OF BRIAN OSBORNE
24
25                            By:   /S/ BRIAN OSBORNE
                                    BRIAN OSBORNE
26                                  Attorneys for Plaintiffs
                                    MATEO ROMERO AND ROSA ROMERO
27
28

```
Dated: August 31, 2005      LAW OFFICES OF DAVID LYNN


                            By:   /S/ DAVID LYNN
                                  DAVID LYNN
                            Attorneys for Plaintiffs

Dated: August 29, 2005      McNULTY LAW FIRM


                            By:   /S/ DANIEL GLASER
                                  PETER J. McNULTY
                                  DANIEL GLAZER
                            Attorneys for Plaintiffs

Dated: August 29, 2005      MINEHAN, McFAUL & McLINN


                            By:   /S/ THOMAS P. MINEHAN
                                  THOMAS P. MINEHAN
                            Attorneys for Defendant
                            SHAFTER-WASCO GINNING CO., INC.

Dated: August 31, 2005      GATTUSO & KUMMER


                            By:   /S/ DIXON G. KUMMER
                                  DIXON G. KUMMER
                            Attorneys for Defendant
                            PALOMO FARMS
```

### **ORDER**

GOOD CAUSE APPEARING and the parties having stipulated, it is hereby ordered that the Pre-Trial Conference is continued to from September 15, 2005 to January 24, 2006, at 8:15 a.m., and the Trial is continued from November 1, 2005, to March 21, 2006, at 10:00 a.m.

IT IS SO ORDERED.

Dated: September _7_, 2005    _/s/ ROBERT E. COYLE
                              UNITED STATES DISTRICT COURT JUDGE