1  GREGORY W. MORENO, ESQ., SBN 57844
   ARNOLDO CASILLAS, ESQ. SBN 158519
2  MORENO, BECERRA & CASILLAS
   3500 W. Beverly Boulevard
3  Montebello, CA 90640-1541
   (323) 725-0917
4  (323) 725-0350

5  Attorneys for Plaintiff,
   ROCIO ADAME ALFARO, ET AL.
6

7

8                    **UNITED STATES DISTRICT COURT**

9                    **EASTERN DISTRICT OF CALIFORNIA**

10

11 Rocio Adame Alfaro, individually, )   **CASE NO: CV F 02-6527 REC**
   et al.,                          )   **LJO**
                                    )
12          Plaintiffs              )
                                    )   **STIPULATION OF THE PARTIES**
13 v.                               )   **RE CONTINUANCE OF PRETRIAL**
                                    )   **CONFERENCE AND TRIAL DATE**
14                                  )
   National Railroad Passenger      )
15 Corporation ("Amtrak"), a U.S.   )
   Statutory Corporation; Walter    )
16 Ward; W.M. Dike; Burlington      )
   Northern Santa Fe Corporation;   )
17 County of Kern; City of Shafter; )
   City of Bakersfield and DOES 1   )
18 Through 100, Inclusive,          )
                                    )
19          Defendants.             )
                                    )
20 _____ )

21

22     COME NOW THE PARTIES in the above entitled matter and hereby

23 submit the following:

24     1.   That the Pre-trial Conference in the above-entitled

25          matter is set for January 24, 2006, at 8:15 a.m. and

26          that the Trial date is currently set for March 21,

27          2006, at 10:00 a.m.;

28 ////

1     2.   That Plaintiffs' trial counsel Gregory Moreno has
2         suffered some health issues over the past few months
3         which caused him to have to take time off from his law
4         practice.  Said medical leave caused delay in the
5         preparation for trial in several matters scheduled to
6         begin trial prior to this matter as well as trial
7         preparation in this case.
8     3.   That, further, Plaintiffs' trial counsel Gregory Moreno
9         is scheduled to begin a complex medical malpractice
10        trial on February 6, 2006, in the Redondo Beach
11        Superior Court in the matter of <u>Nelly Molina v. County</u>
12        <u>of Los Angeles, et al.</u>, Case number YC043883.  Counsel
13        anticipates this trial will last approximately two
14        months.  As such, it will not conclude prior the
15        currently scheduled trial date in this matter of March
16        21, 2006.  Further, trial counsel will be unable to
17        participate in the preparation for this trial.
18    6.   That this proposed continuance is unopposed by any
19        counsel, however, counsel for Defendants National
20        Railroad Passenger Corporation (Amtrak) and Burlington
21        Northern Santa Fe Corporation reserves the right to
22        request a stay of proceedings pending Plaintiffs'
23        anticipated appeal of the Court's ruling regarding the
24        Defendant County of Kern's Motion for Summary Judgment.
25    7.   That given the above request by counsel for the
26        "Railroad Defendants" counsel for Plaintiffs, Gregory
27        Moreno respectfully requests the court stay the
28        proceedings in this matter until such time as he is

1  　　　　　able to file and have heard a Motion for Certification
2  　　　　　of the Judgment so as to be able to proceed with an
3  　　　　　appeal.
4  　　6.　That based on the foregoing, and based on the request
5  　　　　　for the stay of proceedings, the parties propose the
6  　　　　　Pre-Trial Conference be continued to June 27, 2006, at
7  　　　　　8:15 a.m. and the Trial date be continued to August 8,
8  　　　　　2006, at 10:00 a.m. in Courtroom 1 of the United States
9  　　　　　Federal Court in Fresno, California.
10 　　7.　Said continuance will not reopen factual discovery,
11 　　　　　unless by way of separate application to the Court, but
12 　　　　　will allow discovery that was properly served and/or
13 　　　　　noticed within the discovery cut-off period and expert
14 　　　　　discovery as necessary.
15 　　It is so stipulated.

Dated: January 12, 2006        MORENO, BECERRA & CASILLAS

　　　　　　　　　　　　　　　　By:   /S/GREGORY W. MORENO
　　　　　　　　　　　　　　　　      GREGORY W. MORENO
　　　　　　　　　　　　　　　　Attorneys for Plaintiffs

Dated: January 12, 2006        LAW OFFICES OF LUIS A. CARRILLO


　　　　　　　　　　　　　　　　By:   /S/ LUIS CARRILLO
　　　　　　　　　　　　　　　　LUIS A. CARRILLO
　　　　　　　　　　　　　　　　Attorneys for Plaintiffs

Dated: January 12, 2006        LOMBARDI, LOPER & CONANT, LLP


　　　　　　　　　　　　　　　　By:         /S/
　　　　　　　　　　　　　　　　   B. CLYDE HUTCHINSON
　　　　　　　　　　　　　　　　   ERIN E. FRY
　　　　　　　　　　　　　Attorneys for Defendants
　　　　　　　　　　　　　NATIONAL RAILROAD PASSENGER CORPORATION,
　　　　　　　　　　　　　THE BURLINGTON NORTHERN and SANTA FE
　　　　　　　　　　　　　RAILWAY COMPANY, WALTER WARD and W.M.
　　　　　　　　　　　　　DIKE

```
Dated: January 13, 2006    LAW OFFICES OF BRIAN OSBORNE


                           By:        /S/
                                 BRIAN OSBORNE
                                 Attorneys for Plaintiffs
                                 MATEO ROMERO AND ROSA ROMERO




Dated: January 13, 2006    LAW OFFICES OF DAVID LYNN


                           By:        /S/
                                 DAVID LYNN
                                 Attorneys for Plaintiffs

Dated: January 13, 2006    McNULTY LAW FIRM


                           By:        /S/
                                 PETER J. McNULTY
                                 DANIEL GLAZER
                                 Attorneys for Plaintiffs
```

### ORDER

GOOD CAUSE APPEARING and the parties having stipulated, it is hereby ordered that the Pre-Trial Conference is continued to from January 24, 2006 to June 27, 2006, at 8:15 a.m., and the Trial is continued from March 21, 2006, to August 8, 2006, at 10:00 a.m.

IT IS SO ORDERED.

**Dated:   January 17, 2006**                  /s/ Lawrence J. O'Neill
66h44d                                         UNITED STATES MAGISTRATE JUDGE