IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ROCIO ADAME ARAUJO DE AGUILAR, et al.<br><br>            Plaintiffs,<br><br>     vs.<br><br>NATIONAL RAILROAD PASSENGER CORPORATION, et al.,<br><br>            Defendants.<br>_____ / | CASE NO. CV-F-02-6527 REC LJO<br>**(Consolidated cases)**<br><br>**ORDER ON MINORS COMPROMISE PETITION**<br>(Doc. 184.) |
| ROCIO ADAME ALFARO, et al.,<br><br>            Plaintiffs,<br><br>     vs.<br><br>NATIONAL RAILROAD PASSENGER CORPORATION, et al.,<br><br>            Defendants.<br>_____ / | CASE NO. CV F 03-5632 REC LJO |
| ESTER AGUILAR, et al.,<br><br>            Plaintiffs,<br><br>     vs.<br><br>NATIONAL RAILROAD PASSENGER CORPORATION, et al.,<br><br>            Defendants.<br>_____ / | CASE NO. CV F 03-5633 REC LJO |

1

| | | |
|---|---|---|
| 1 | CLAUDIA MUNOZ, et al, | CASE NO. CV-F 02-6559 REC LJO |
| 2 | Plaintiffs, | |
| 3 | vs. | |
| 4 | NATIONAL RAILROAD PASSENGER CORPORATION, et al., | |
| 5 | | |
| 6 | Defendants. _____/ | |
| 7 | ROSA ROMERO, et al., | CASE NO. CV-F- 03-5271 REC LJO |
| 8 | Plaintiffs, | |
| 9 | vs. | |
| 10 | NATIONAL RAILROAD PASSENGER CORPORATION, et al., | |
| 11 | | |
| 12 | Defendants. _____/ | |

On February 23, 2006, the guardians ad litem for seven minor plaintiffs[1] filed their petition to seek this Court's approval of settlement with defendant Shafter-Wasco Ginning Co., Inc. This Court APPROVES the proposed distribution of the $50,000 settlement proceeds of $30,000 for expert costs and $20,000 to the 20 settling plaintiffs. However, this Court finds that the settlement shares of $1,000 for each minor plaintiff needs to be better protected than merely forwarding the shares to the guardians ad litem as they propose. As such, this Court ORDERS that the $7,000 settlement shares for the minor plaintiffs be placed in a blocked account or accounts for the minor plaintiffs' benefit and that each minor plaintiffs' share shall not be withdrawn until the respective minor plaintiff reaches age 18 or as otherwise ordered by this Court. The Court otherwise APPROVES the minors compromise petition.

IT IS SO ORDERED.

**Dated:    February 24, 2006**            /s/ Lawrence J. O'Neill
66h44d                                    UNITED STATES MAGISTRATE JUDGE

---

[1] The minor plaintiffs are Lizbeth Auguilar Adame, Luis Mario Munoz, Juan Jimenez, Maria Guadalupe Jimenez Diaz, Valeria Itzel Jimenez, Ezequiel Suarez Rodriguez and Diana Suarez Rodriguez and will be referred to collectively as the "minor plaintiffs."