IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ROCIO ADAME ARAUJO DE AGUILAR, et al. | CASE NO. CV F 02-6527 LJO GSA |
| Plaintiffs, | **ORDER TO SET TELEPHONIC STATUS CONFERENCE** |
| vs. | Date: May 14, 2008 |
| NATIONAL RAILROAD PASSENGER CORPORATION, et al., | Time: 8:30 a.m.<br>Dept.: 4 (LJO) |
| Defendants. / | |

The Ninth Circuit Court of Appeals recently issued its decision to uphold summary judgment for defendant Kern County on plaintiffs' claim for "wrongful death/premises liability." As such, this Court:

1. SETS a telephonic status conference for May 14, 2008 at 8:30 a.m. in Department 4 (LJO). The parties shall appear at the status conference by telephone by arranging a one-line conference call and adding the Court at (559) 499-5680. The parties' counsel shall be prepared to discuss how to proceed with this action; and

2. ORDERS the parties, no later than May 7, 2008, to file a joint status report which:

    A. OUTLINES the remaining parties and which counsel represents them;

    B. ADDRESSES whether plaintiffs will pursue further appellate review of the Ninth

1

Circuit's decision;

  C. ADDRESSES the need, if any, for further discovery or pretrial motions (except motions in limine)[1];

  D. PROPOSES dates for further discovery, pretrial motions, pretrial conference and trial; and

  E. ADDRESSES other matters to efficiently resolve this action.

Due to this Court's heavy caseload and its effect to hold to scheduled dates, the parties are encouraged to consent to the conduct of further proceedings by a United States Magistrate Judge.

IT IS SO ORDERED.

**Dated: April 11, 2008**        **/s/ Lawrence J. O'Neill**
                      UNITED STATES DISTRICT JUDGE

---

[1] Motions in limine are set at the pretrial conference.