1

2

3

4

5

6

7

8               **UNITED STATES DISTRICT COURT**

9        **EASTERN DISTRICT OF CALIFORNIA-FRESNO DIVISION**

10   ROCIO ADAME ARAUJO DE AGUILAR,  )    CASE NO. **1:02-cv-06527 LJO GSA**
     et al.,                         )         (consolidated cases)
11                                   )
                      Plaintiffs,    )    **ORDER DISMISSING ACTION, WITH**
12   v.                              )    **PREJUDICE, AS TO DEFENDANT**
                                     )    **SHAFTER-WASCO GINNING**
13   NATIONAL RAILROAD PASSENGER     )    **COMPANY, INC.**
     CORPORATION, etc., et al.,      )
14                                   )
                      Defendants.    )
15   _____ )
                                     )
16   ROCIO ADAME ALFARO, et al.,     )    CASE NO. CV F 03-5632 REC LJO
                                     )
17                    Plaintiffs,    )
     v.                              )
18                                   )
     NATIONAL RAILROAD PASSENGER     )
19   CORPORATION, et al.,            )
                                     )
20                    Defendants.    )
                                     )
21   _____ )
     ESTER AGUILAR, et al.,          )    CASE NO. CV F 03-5633 REC LJO
22                                   )
                      Plaintiffs,    )
23   v.                              )
                                     )
24   NATIONAL RAILROAD PASSENGER     )
     CORPORATION, et al.,            )
25                                   )
                      Defendants.    )
26   _____ )

27   ///

28

                                      1
                **ORDER DISMISSING ACTION, WITH PREJUDICE, AS TO**
                **DEFENDANT SHAFTER-WASCO GINNING COMPANY, INC.**

| | | |
|---|---|---|
| 1 | CLAUDIA MUNOZ, et al., ) | CASE NO. CV-F 02-6559 REC LJO |
| 2 | Plaintiffs, ) | |
| | v. ) | |
| 3 | ) | |
| | NATIONAL RAILROAD PASSENGER ) | |
| 4 | CORPORATION, et al., ) | |
| | ) | |
| 5 | Defendants. ) | |
| 6 | ) | |
| | ROSA ROMERO, et al., ) | CASE NO. CV-F-03-5271 REC LJO |
| 7 | ) | |
| | Plaintiffs, ) | |
| 8 | v. ) | |
| | ) | |
| 9 | NATIONAL RAILROAD PASSENGER ) | |
| | CORPORATION, et al., ) | |
| 10 | ) | |
| | Defendants. ) | |
| 11 | ) | |

12

13      THE COURT, having considered the parties' Stipulation to Dismiss Action; Waiver of

14   First Lien,

15      IT IS THEREFORE ORDERED that the action is hereby dismissed with prejudice as to

16   Defendant SHAFTER-WASCO GINNING COMPANY, INC., only, pursuant to Federal Rules

17   of Civil Procedure, Rule 41 (a)(1).

18      IT IS FURTHER ORDERED that each of the parties to this action shall bear its own fees

19   and costs arising from this action.

20   IT IS SO ORDERED.

21   **Dated:    April 30, 2008**              **/s/ Lawrence J. O'Neill**
                                           UNITED STATES DISTRICT JUDGE

22

23

24

25

26

27

28