**IN THE UNITED STATES DISTRICT COURT**

**FOR THE EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| ROCIO ADAME ARAUJO DE AGUILAR, et al.,<br><br>                   Plaintiffs,<br><br>     vs.<br><br>NATIONAL RAILROAD PASSENGER CORPORATION, et al.,<br><br>                   Defendants.<br>_____/ | CASE NO. CV F 02-6527 LJO GSA<br><br>**ORDER TO RESET TELEPHONIC STATUS CONFERENCE**<br><br>Date: May 16, 2008<br>Time: 8 a.m.<br>Dept.: 4 (LJO) |

This Court set a telephonic status conference for **8:30 a.m.** on May 14, 2008. The parties' counsel contacted the Court no earlier than 8:50 a.m. This Court was unable conduct the status conference because this Court could no further delay an ongoing jury trial. On the basis of good cause, this Court RESETS the telephonic status conference for **May 16, 2008 at 8 a.m.** in Department 4 (LJO). The parties' counsel shall appear at the status conference by telephone by arranging a one-line conference call and adding the Court at (559) 499-5680. The parties' counsel shall be prepared to discuss how to proceed with this action.

This Court will sanction any counsel, who appears after 8 a.m. at the May 16, 2008 status conference, $100 per minute for each minute that counsel appears after 8 a.m. If late appearances

1  continue, this Court will  escalate the sanction to $500 per minute for each minute counsel is late for
2  matters before this Court.
3        Due to this Court's heavy caseload and its effect to hold to scheduled dates, the parties are
4  encouraged to consent to the conduct of further proceedings by a United States Magistrate Judge.
5        IT IS SO ORDERED.
6  **Dated:   May 14, 2008**                              **/s/ Lawrence J. O'Neill**
                                                                  UNITED STATES DISTRICT JUDGE