IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ROCIO ADAME ARAUJO<br>DE AGUILAR, et al.,<br><br>　　　　　Plaintiffs,<br><br>　vs.<br><br>NATIONAL RAILROAD<br>PASSENGER CORPORATION, et al.,<br><br>　　　　　Defendants.<br>_____ / | CASE NO. CV F 02-6527 LJO GSA<br><br>**ORDER TO SET DEADLINE FOR MINORS COMPROMISES AND TELEPHONIC STATUS CONFERENCE**<br><br>Date:　March 23, 2009<br>Time:　8:30 a.m.<br>Dept.:　4 (LJO) |

　　　　Defendants recently filed a notice of global settlement of all plaintiffs' claims against all defendants. To promote completion of settlement, this Court:

　　　　1.　ORDERS all minor plaintiffs, no later than March 18, 2009, to file and serve applications for approval of minors' compromises pursuant to Local Rule 17-202(b) and to be heard by U.S. Magistrate Judge Gary Austin in Department 10;

　　　　2.　SETS a telephonic status conference for March 23, 2009 at 8:30 a.m. at which the parties' counsel shall appear by arranging a conference call and adding the Court at (559) 499-5680; and

　　　　3.　ORDERS the parties' counsel, no later than March 17, 2009, to file and serve brief status

1 reports to address remaining matters to complete settlement and to estimate when this
2 action will be dismissed in its entirety.
3 Out an abundance of caution, the March 25, 2009 pretrial conference and May 4, 2009 trial will
4 remain on calendar.

7 IT IS SO ORDERED.
8 **Dated:     February 20, 2009**              **/s/ Lawrence J. O'Neill**
                                                UNITED STATES DISTRICT JUDGE