IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ROCIO ADAME ARAUJO DE AGUILAR, et al. <br><br> Plaintiffs, <br><br> vs. <br><br> NATIONAL RAILROAD PASSENGER CORPORATION, et al., <br><br> Defendants. | CASE NO. CV F 02-6527 LJO GSA <br><br> **ORDER TO SET TELEPHONIC STATUS CONFERENCE** <br><br> Date: May 5, 2009 <br> Time: 8:30 a.m. <br> Court.: 4 (LJO) |

According to the parties status reports, the parties' mediation, held on January 20 and 21, 2009, led to a pending resolution in this matter. Settlement of this matter is complicated by the fact that there are over 20 twenty plaintiffs, including seven minor plaintiffs, and many plaintiffs who live in Mexico. At present, settlements have been consummated with two adult plaintiffs. 13 adult plaintiffs have not returned executed released. Three minors have filed minor's compromise petitions. Those petitions require supplemental briefing. Four minors seek a 2-day extension of time in which to file the petition for minor's compromise to address the issues raised in the March 17, 2009 Order Regarding Petition for Minor's Compromise. Counsel for plaintiffs estimate this action to be settled fully by June 1, 2009.

///

1

Having considered the parties positions and the pending petitions for minor's compromise, this Court:

1. VACATES the March 23, 2009 status conference, the March 25, 2009 pre-trial conference, and the May 4, 2009 jury trial date;

2. GRANTS plaintiffs' request to continue the deadline to file the petition for minor's compromise to March 20, 2009;

3. SETS a status telephonic status conference to take place on **May 5, 2009 at 8:15 a.m. in Courtroom 4 (LJO)**. The parties may appear telephonically by arranging a one-line call and dialing (559) 499-5990. The parties shall file a joint status conference statement no later than 7 days prior to the status conference. If the parties are unable to resolve this action by the status conference, the parties shall also file a joint scheduling conference statement to reset the pre-trial and trial dates. Such dates shall be reset at the May 5, 2009 status conference.

IT IS SO ORDERED.

**Dated:   March 18, 2009**           /s/ Lawrence J. O'Neill
                                     UNITED STATES DISTRICT JUDGE