# IN THE UNITED STATES DISTRICT COURT

# FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ROCIO AGUILAR ET AL., | CASE NO. 02-cv-6527 LJO GSA |
| Plaintiffs, | |
| v. | |
| NATIONAL RAILROAD PASSENGER CORPORATION ("AMTRAK") ET AL., | |
| Defendants. | ORDER GRANTING PETITION FOR APPOINTMENT OF GUARDIAN AD LITEM FOR MARTIN ZENEJAS |
| MARTIN ZENDEJAS, by and through Maria Torres-Romero, | |
| Plaintiffs, | |
| vs. | |
| NATIONAL RAILROAD PASSENGER CORPORATION("AMTRAK"), et al., | |
| Defendants. | |

On March 26, 2009, Maria Torres, the mother of Plaintiff, Martin Zendejas ("the minor"), filed a petition to be appointed the minor's guardian ad litem. Upon consideration of the application, the petition is hereby GRANTED.

IT IS SO ORDERED.

1

Dated: **April 2, 2009**          **/s/ Gary S. Austin**
                                  UNITED STATES MAGISTRATE JUDGE