# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ROCCO ADAGE ARAGUAYA DE, AGUILAR, as heir to BENIGNO ANDES AGUILAR and Wife to Deceased BENIGNO ANDES AGUILAR, et al., <br><br> Plaintiffs, <br><br> v. <br><br> JEANNE WOODFORD, et al., <br><br> Defendants. | 1:02-cv-6527 LJO GSA <br><br> ORDER REQUIRING MR.McNULTY TO PROVIDE PROOF OF SERVICE <br><br> (Documents 262 and 263) |

Mr. Peter McNulty was ordered to serve this Court's Findings and Recommendations regarding the Petition for Minor's Compromise for Ezequiel and Diana Suarez Rodriguez on Edith Rodriguez, the minors' mother. Service was to be completed forthwith and proof of service was to be filed within three days. Docs. 262 and 263 at pg. 6. The Findings and Recommendations were issued on April 17, 2009. To date, no proof of service has been filed. Accordingly, Mr. McNulty shall file the proof of service within two days of the date of this order, or alternatively, file a declaration explaining why service has not been effectuated.

IT IS SO ORDERED.

Dated: **April 30, 2009**  /s/ **Gary S. Austin**
UNITED STATES MAGISTRATE JUDGE

1