# IN THE UNITED STATES DISTRICT COURT

# FOR THE EASTERN DISTRICT OF CALIFORNIA

ROCIO ADAME ARAUJO DE AGUILAR, et al.

Plaintiffs,

vs.

NATIONAL RAILROAD PASSENGER CORPORATION, et al.,

Defendants.

CASE NO. CV F 02-6527 LJO GSA

**ORDER FOR FURTHER, MORE COMPLETE STATUS REPORT**

The parties filed a May 12, 2009 status report which is incomplete and of little use to this Court to ascertain the status of settlement completion. As such, this Court ORDERS the parties, no later than 2 p.m. on May 15, 2009, to file a joint status report which identifies EACH individual plaintiff, details the status of settlement of EACH individual plaintiff, and includes information as to whether or what further action is necessary to complete settlement as to EACH individual plaintiff. This Court ADMONISHES counsel that it will sanction counsel for delay to complete settlement and will reset the pretrial conference and trial for plaintiffs whose completed settlements are unreasonably delayed. This Court DENIES the request to continue the May 19, 2009 status conference.

IT IS SO ORDERED.

**Dated: May 12, 2009**           /s/ Lawrence J. O'Neill
                                  UNITED STATES DISTRICT JUDGE