# IN THE UNITED STATES DISTRICT COURT

# FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ROCIO ADAME ARAUJO DE AGUILAR, et al. | CASE NO. CV F 02-6527 LJO GSA |
| vs. | **ORDER TO WITHDRAW SANCTION AS TO BRIAN OSBORNE ONLY** |
| NATIONAL RAILROAD PASSENGER CORPORATION, et al., | |
| Defendants. / | |

This Court WITHDRAWS the $500 sanction imposed by this Court's May 19, 2009 order on counsel Brian Osborne. The May 19, 2009 order remains otherwise in effect, including the sanction imposed against Moreno, Becerra & Casillas.

IT IS SO ORDERED.

**Dated: May 20, 2009**　　　　　　　　　　　／s/ Lawrence J. O'Neill
　　　　　　　　　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE

1