B. CLYDE HUTCHINSON, State Bar No. 037526
bch@llcllp.com
VINCENT CASTILLO, State Bar No. 209208
vcastillo@llcllp.com
LOMBARDI, LOPER & CONANT, LLP
Lake Merritt Plaza
1999 Harrison Street, Suite 2600
Oakland, CA  94612-3541
Telephone:    (510) 433-2600
Facsimile:     (510) 433-2699

Attorneys for Defendants
NATIONAL RAILROAD PASSENGER
CORPORATION, THE BURLINGTON
NORTHERN AND SANTA FE RAILWAY
COMPANY, WALTER WARD and W.M. DIKE

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA, FRESNO DIVISION

| | |
|---|---|
| ROCIO ADAME ARAUJO DE AGUILAR, et al.<br><br>    Plaintiffs,<br><br>    v.<br><br>NATIONAL RAILROAD PASSENGER CORPORATION, et al.<br><br>    Defendants. | Case No. 1:02-CV-06527 LJO GSA<br>(consolidated cases)<br><br>**STIPULATION FOR DISMISSAL BY CERTAIN PLAINTIFFS AND ORDER** |

    WHEREAS the following plaintiffs have executed releases of their claims against the following defendants and

    WHEREAS the defendants have acknowledged receipt of the fully and properly executed releases;

    NOW THEREFORE the following plaintiffs and each of them by and through their attorney David Lynn, Esq. and the following defendants by and through their attorneys LOMBARDI, LOPER & CONANT, LLP by B. Clyde Hutchinson, Esq. now therefore request that the entirety of each and all the said plaintiffs' claims be dismissed with prejudice pursuant to FRCP Rule 41:

Plaintiffs Benito Valdivia, Maria Ramirez, Maria Torres, Alma Torres, Martin Zendejas by and through Martin Zendejas' Guardian ad Litem Maria Torres, Maria Alarcon, Marco Alarcon and Juan Alarcon, and defendants National Railroad Passenger Corporation, The Burlington Northern and Santa Fe Railway Company, Walter Ward and W. M. Dike.

Dated: May 28, 2009          LOMBARDI, LOPER & CONANT, LLP


By: _____/s/ B. Clyde Hutchinson_____
       B. CLYDE HUTCHINSON
       Attorneys for Defendants


Dated: May 19, 2009          LAW OFFICES OF DAVID LYNN


By: _____/s/ David Lynn_____
       DAVID LYNN
       Attorneys for Plaintiffs
       Benito Valdivia, Maria Ramirez, Maria Torres,
       Alma Torres, Martin Zendejas by and through
       Martin Zendejas' Guardian ad Litem Maria Torres,
       Maria Alarcon, Marco Alarcon and Juan Alarcon

**ORDER**

IT IS SO ORDERED.

DATED: _June 1, 2009_____

             __/s/ Lawrence J. O'Neill_____
             UNITED STATE DISTRICT COURT JUDGE