B. CLYDE HUTCHINSON, State Bar No. 037526
bch@llcllp.com
VINCENT CASTILLO, State Bar No. 209208
vcastillo@llcllp.com
LOMBARDI, LOPER & CONANT, LLP
Lake Merritt Plaza
1999 Harrison Street, Suite 2600
Oakland, CA  94612-3541
Telephone:     (510) 433-2600
Facsimile:       (510) 433-2699

Attorneys for Defendants
NATIONAL RAILROAD PASSENGER
CORPORATION, THE BURLINGTON
NORTHERN AND SANTA FE RAILWAY
COMPANY, WALTER WARD and W.M. DIKE

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA, FRESNO DIVISION

| | |
|---|---|
| ROCIO ADAME ARAUJO DE AGUILAR, et al.<br><br>    Plaintiffs,<br><br>    v.<br><br>NATIONAL RAILROAD PASSENGER CORPORATION, et al.<br><br>    Defendants. | Case No. 1:02-CV-06527 LJO GSA (consolidated cases)<br><br>**STIPULATION AND ORDER OF DISMISSAL** |

IT IS HEREBY STIPULATED by and between plaintiffs ROSA ROMERO, MATEO ROMERO and BENIGNO RIVERA and defendants NATIONAL RAILROAD PASSENGER CORPORATION, THE BURLINGTON NORTHERN AND SANTA FE RAILWAY COMPANY, WALTER WARD and W. M. DIKE, through their designated counsel, that the action be and hereby is dismissed with prejudice as to plaintiffs ROSA ROMERO, MATEO ROMERO and BENIGNO RIVERA only, pursuant to Federal Rule of Civil Procedure 41(a)(1). Each party agrees to bear their own costs.

/ / /

/ / /

| | | |
|---|---|---|
| 1 | Dated: June 2, 2009 | LAW OFFICES OF BRIAN A. OSBORNE |
| 2 | | |
| 3 | | By: _____/s/ Brian A. Osborne_____ |
| 4 | | BRIAN A. OSBORNE<br>Attorneys for Plaintiffs |
| 5 | | ROSA ROMERO, MATEO ROMERO and BENIGNO RIVERA |
| 6 | | |
| 7 | Dated: June 2, 2009 | LOMBARDI, LOPER & CONANT, LLP |
| 8 | | |
| 9 | | By: _____/s/ B. Clyde Hutchinson_____ |
| 10 | | B. CLYDE HUTCHINSON<br>Attorneys for Defendants |
| 11 | | NATIONAL RAILROAD PASSENGER CORPORATION, THE BURLINGTON NORTHERN AND SANTA FE |
| 12 | | RAILWAY COMPANY, WALTER WARD and W. M. DIKE |

IT IS SO ORDERED:

DATED: June 2, 2009

/s/ Lawrence J. O'Neill
HONORABLE LAWRENCE J. O'NEILL
UNITED STATES DISTRICT COURT JUDGE

LOMBARDI, LOPER & CONANT, LLP
Lake Merritt Plaza
1999 Harrison Street, Suite 2600
Oakland, CA 94612-3541

13249-31866 BCH 567587.1     2     USDC Case No. CV F 02-6527-LJO-GSA

STIPULATION AND [PROPOSED] ORDER OF DISMISSAL