UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA - FRESNO DIVISION

| | |
|---|---|
| EDITH RODRIGUEZ HERNANDEZ; ELOY SUAREZ RODRIGUEZ, by and through his Guardian ad Litem, JESUS SUAREZ; EZEQUIEL SUAREZ-RODRIGUEZ, by and through his Guardian ad Litem, JESUS SUAREZ; DIANA SUAREZ RODRIGUEZ, by and through his Guardian ad Litem, JESUS SUAREZ<br><br>Plaintiff,<br><br>vs.<br><br>NATIONAL RAILROAD PASSENGER CORPORATION ("AMTRAK"), et al.,<br><br>Defendant | CASE NO.: 1:02-cv-06527-LJO-GSA<br><br>STIPULATION OF DISMISSAL AND ORDER THEREON |

  Pursuant Federal Rule of Civil Procedure 41(a)(1), Plaintiffs, EDITH RODRIGUEZ HERNANDEZ; FRANCISCO SUAREZ; ELOY SUAREZ RODRIGUEZ, by and through his Guardian ad Litem, JESUS SUAREZ; EZEQUIEL SUAREZ-RODRIGUEZ, by and through his Guardian ad Litem, JESUS SUAREZ; DIANA SUAREZ RODRIGUEZ, by and through his Guardian ad Litem, JESUS SUAREZ (collectively "Suarez Plaintiffs") and Defendants NATIONAL RAILROAD PASSENGER CORPORATION ("AMTRAK"); BURLINGTON NORTHERN AND SANTE FE RAILWAY CO.; WALTER WARD and W.M. DIKE (collectively "Rail Defendants"), hereby stipulate as follows:

1. The Suarez Plaintiffs and the Rail Defendants have entered into a mutual release/settlement in which the parties have agreed to compromise, settle and resolve their disputes on the terms and conditions set forth therein.  Defendants acknowledge receipt of the fully and properly executed Releases and Plaintiffs acknowledge receipt of the settlement funds on May 26, 2009.

2. Accordingly, the Suarez Plaintiffs and the Rail Defendants hereby agree that this action should be and is dismissed and discontinued, with prejudice.  Each party to bear its own costs, expenses and attorney's fees.

DATED this 2nd day of June, 2009.

By:  /s/ Peter J. McNulty
Peter J. McNulty, Esq.
McNulty Law Firm
827 Moraga Drive
Los Angeles, CA 90049
Telephone: (310) 471-2707
Fax: (310) 472-7014
Attorneys for Plaintiffs

By:  /s/ B. Clyde Hutchinson
B. Clyde Hutchinson, Esq.
Lomardi, Loper & Conant, LLP
Lake Merritt Plaza
1999 Harrison Street, Suite 2600
Oakland, CA 94612-3541
Telephone: (510) 433-2600
Fax: (510) 433-2699
Attorneys for Defendants

IT IS SO ORDERED.

**Dated:   June 2, 2009**          /s/ Lawrence J. O'Neill
UNITED STATES DISTRICT JUDGE