IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ROCIO ADAME ARAUJO DE AGUILAR, et al.<br><br>vs.<br><br>NATIONAL RAILROAD PASSENGER CORPORATION, et al.,<br><br>Defendants. | CASE NO. CV F 02-6527 LJO GSA<br><br>**ORDER TO RESET TRIAL SETTING CONFERENCE**<br><br>Date: June 25, 2009<br>Time: 9:15 a.m.<br>Dept.: 4 (LJO) |

Since this court set a June 4, 2009 trial setting conference, 16 of the 32 plaintiffs have dismissed their actions. This Court surmises that the parties attempt to complete the global settlement. As such, this Court:

1. VACATES the June 4, 2009 trial setting conference;

2. RESETS the trial setting conference for June 25, 2009 at 9:15 a.m. in Department 4 (LJO). Counsel shall appear by arranging a one-line conference call and adding the Court at (559) 499-5680. At the conference, this Court will set a pretrial conference and trial for plaintiffs who have not dismissed their actions;

3. ORDERS the remaining parties' counsel, no later than June 18, 2009, to file papers to indicate available dates for trial; and

4. ORDERS counsel for plaintiffs who complete settlement to prepare and file diligently stipulations to dismiss such plaintiffs' actions in accordance with F.R.Civ.P. 41. This Court will not accept a mere request to dismiss executed only by plaintiffs' counsel.

IT IS SO ORDERED.

**Dated:   June 3, 2009**                              /s/ Lawrence J. O'Neill
                                                      UNITED STATES DISTRICT JUDGE