1  GREGORY W. MORENO, ESQ., SBN 57844
   ARNOLDO CASILLAS, ESQ. SBN 158519
2  MORENO, BECERRA & CASILLAS
   3500 W. Beverly Boulevard
3  Montebello, CA 90640-1541
   (323) 725-0917
4  (323) 725-0350

5  Attorneys for Plaintiff,
   ROCIO ADAME ALFARO, ET AL.

**UNITED STATES DISTRICT COURT**

**EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| Rocio Adame Alfaro, individually, et al., <br><br> Plaintiffs <br><br> v. <br><br> National Railroad Passenger Corporation ("Amtrak"), a U.S. Statutory Corporation; Walter Ward; W.M. Dike; Burlington Northern Santa Fe Corporation; County of Kern; City of Shafter; City of Bakersfield and DOES 1 Through 100, Inclusive, <br><br> Defendants. | **CASE NO: CV F 02-6527 REC LJO** <br><br> **STIPULATION AND ORDER OF DISMISSAL** |

IT IS HEREBY STIPULATED by and between plaintiffs PAOLA DIAZ SARABIA, PEDRO JIMENEZ DIAZ, ROCIO JIMENEZ DIAZ, VALERIA JIMENEZ DIAZ, MARIA JIMENEZ DIAZ, a minor by and through her Guardian Ad Litem, Paola Diaz Sarabia, JUAN JIMENEZ DIAZ, a minor by and through his Guardian Ad Litem, Paola Diaz Sarabia, CONCEPCION TOLENTINO; and ROCIO ADAME ALFARO, LIZBETH AGUILAR ADAME, a minor by and through her Guardian Ad Litem, Rocio Adame Alfaro, ESTER AGUILAR NEGRETE; and CLAUDIA MUNOZ, LUIS MARIO MUNOZ, a minor by and through his Guardian Ad Litem Claudia Munoz; and ISAIS SARABIA and

1  Defendants NATIONAL RAILROAD PASSENGER CORPORATION, THE
2  BURLINGTON NORTHERN AND SANTA FE RAILWAY COMPANY,
3  WALTER WARD and W. M. DIKE, through their designated counse, that the
4  action be and hereby is dismissed with prejudice as to plaintiffs PAOLA DIAZ
5  SARABIA, PEDRO JIMENEZ DIAZ, ROCIO JIMENEZ DIAZ,  VALERIA
6  JIMENEZ DIAZ, MARIA JIMENEZ DIAZ, a minor by and through her Guardian
7  Ad Litem, Paola Diaz Sarabia, JUAN JIMENEZ DIAZ, a minor by and through
8  his Guardian Ad Litem, Paola Diaz Sarabia, CONCEPCION TOLENTINO; and
9  ROCIO ADAME ALFARO, LIZBETH AGUILAR ADAME, a minor by and
10 through her Guardian Ad Litem, Rocio Adame Alfaro, ESTER AGUILAR
11 NEGRETE; and CLAUDIA MUNOZ, LUIS MARIO MUNOZ, a minor by and
12 through his Guardian Ad Litem Claudia Munoz; and ISAIS SARABIA only,
13 pursuant to Federal Rule of Civil Procedure 41(a)(1).  Each party agrees to bear
14 their own costs.

15 Dated: June 2, 2009             MORENO, BECERRA & CASILLAS

16
                                 By:  /S/GREGORY W. MORENO
17                                    GREGORY W. MORENO
                                 Attorneys for Plaintiffs
18

19 Dated: June 2, 2009             LOMBARDI, LOPER & CONANT, LLP

20
                                 By:    /S/ B. Clyde Hutchinson
21                                    B. CLYDE HUTCHINSON
                                 Attorneys for Defendants
22                               NATIONAL RAILROAD PASSENGER
                                 CORPORATION, THE BURLINGTON
23                               NORTHERN and SANTA FE RAILWAY
                                 COMPANY, WALTER WARD and W.M. DIKE
24

25
   IT IS SO ORDERED.
26
   **Dated:   June 24, 2009**           /s/ Lawrence J. O'Neill
27                                    UNITED STATES DISTRICT JUDGE

28